UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX YOUNG,<br><br>           Plaintiff,<br><br>    v.<br><br>RICHARD SARLES, *General Manager, Washington Metropolitan Area Transit Authority*<br><br>           Defendant. | Civil Action No. 14-1203 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER CONTROLLING PRELIMINARY INJUNCTION PROCEEDINGS

In light of the plaintiff's Motion for Preliminary Injunction, ECF No. 2, and to facilitate the expeditious briefing and resolution of that motion, it is hereby

**ORDERED** that, the plaintiff shall, by 5:00 p.m. on July 21, 2014, (1) submit proof of service of the Complaint and Motion for Preliminary Injunction on the Defendant; and (2) confer with the opposing counsel regarding a mutually agreeable schedule to govern the preliminary injunction proceedings; and it is further

**ORDERED** that the plaintiff shall submit, simultaneously with the required proof of service, a joint proposed schedule that includes (1) the date by which the defendant shall submit an opposition, if any, to the plaintiff's Motion for Preliminary Injunction; (2) the date by which either party shall seek permission for submission of any supplemental affidavits or briefing, *see* LCvR 65.1(c); and (3) at least three dates on which the parties are available for a hearing on the motion if such a hearing is requested pursuant to Local Civil Rule 65.1(d).

    **SO ORDERED.**

    DATE: July 17, 2014

                                                            BERYL A. HOWELL
                                                           United States District Judge