UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALEX YOUNG | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:14-cv-1203 (BAH) |
| | : | |
| RICHARD SARLES, GENERAL MANAGER | : | |
| WASHINGTON METROPOLITAN | : | |
| AREA TRANSIT AUTHORITY | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CONSENT MOTION BY DEFENDANT SARLES FOR A STAY OF PROCEEDINGS
OR, IN THE ALTERNATIVE, FOR AN ENLARGMENT OF TIME**

Defendant, Richard Sarles, through counsel, comes before this Court with the consent of

Plaintiff and moves for a stay of all proceedings for 60 days, or in the alternative, for an

enlargement of time, to and including November 21, 2014, within which to file an opposition to

Plaintiff's motion for summary judgment.

Defendant refers the court to the attached Memorandum of Points and Authorities in

support of this requested relief.  Plaintiff's counsel consents to the relief requested.

1

Respectfully submitted,

Kathryn Pett #1013423
General Counsel

/s/ Janice Cole
Janice Cole # 440351
Chief Counsel – MTPD
(202) 962-2543
jlcole@wmata.com

  /s/Kathleen A. Carey
Kathleen A. Carey #357990
Chief Counsel-Torts
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
kcarey@wmata.com

Attorneys for Defendant Sarles

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Consent Motion for a Stay of Proceedings was e-served this

20th day of October, 2014 to

Jeffrey L. Light
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006

 /s/ Kathleen A. Carey
Kathleen A. Carey

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALEX YOUNG                      :
                                    :
                  Plaintiff,          :
                                      :
         v.                    :   Civil No. 1:14-cv-1203 (BAH)
                                      :
RICHARD SARLES, GENERAL MANAGER  :
WASHINGTON METROPOLITAN        :
AREA TRANSIT AUTHORITY            :
                                    :
                 Defendant.       :
_____:

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
CONSENT MOTION BY DEFENDANT SARLES FOR A STAY OF PROCEEDINGS OR IN
THE ALTERNATIVE FOR AN ENLARGEMENT OF TIME

Defendant, Richard Sarles, comes before this Court and requests a stay of proceedings, or in the alternative, an enlargement of time within which to file an opposition to Plaintiff's motion for summary judgment.

On July 16, 2014, Plaintiff Alex Young filed a complaint for declaratory and injunctive relief pursuant to 42 USC §1983 alleging a violation of his First Amendment rights.  On July 17, 2014, Plaintiff filed a motion for a preliminary injunction seeking to preclude Defendant Sarles from enforcing §100.10 of the Regulations Concerning the Use of WMATA Property ("Use Regulations") against Plaintiff Young in such as manner as to prevent him from "busking" in an area more than 15' from a WMATA subway entrance, escalator, stairwell, faregate, mezzanine gate, kiosk or fare card machine.  On August 14, 2014, the court held a hearing on the preliminary injunction motion and granted Plaintiff's relief.  That injunction remains in force and effect and is being complied with by WMATA.

In accordance with the court's scheduling order, after a short extension, Plaintiff filed a

1

motion for summary judgment on October 7, 2014. An opposition to that motion is due on or before October 21, 2014. Defendant is requesting a stay of the briefing schedule on Plaintiff's motion, or in the alternative, an enlargement of time from October 21, 2014 to November 21, 2014, within which to file its opposition.

In support of the motion for a stay, Defendant represents that WMATA is carefully reviewing the breadth and implementation of the Use Regulation at issue, taking into consideration the court's ruling on the motion for a preliminary injunction, and the case law on the issues presented, in this jurisdiction and in others around the country. In addition, Defendant is investigating how other transit authorities and agencies have approached the issue, being mindful of the First Amendment rights of persons similarly situated to Plaintiff, balanced against the safety, security and peace of the mass transit ridership. An integral part of that investigation and analysis is a decision on the continued viability of the Use Regulation, as written, and possible changes to it in accordance with the concerns identified.

The stay of the proceedings will not affect the injunction currently in effect. Defendant is not proposing a change to the current status quo. WMATA fully intends to continue to comply with the injunction while considering whether it will oppose the motion for summary judgment. The stay will permit WMATA to consider the issues, consult with officers and directors within WMATA and come to a fully informed conclusion without the pressure of a briefing schedule. The result of the stay will hopefully eliminate further court involvement, and provide an opportunity for the parties to pursue a settlement of the equitable claims for relief.

Therefore, for the reasons stated, and with the consent of counsel for Plaintiff, Defendant Sarles requests that the court enter a stay of the proceedings for 60 days. Defendant proposes that the parties file a joint status report at the expiration of the stay regarding the need, if any, for

further court proceedings.  In the alternative, Defendant requests an enlargement of time

pursuant to Fed. R. Civ. P. 6(b)(1) within which to file an opposition to Plaintiff's motion for

summary judgment from October 21, 2014 to and including November 21, 2014.

Respectfully submitted,

Kathryn Pett #1013423
General Counsel

/s/ Janice Cole
Janice Cole # 440351
Chief Counsel – MTPD
(202) 962-2543
600 Fifth Street, N.W.
Washington, D.C. 20001
jlcole@wmata.com

/s/Kathleen A. Carey
Kathleen A. Carey #357990
Chief Counsel-Torts
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
kcarey@wmata.com

Attorneys for Defendant Sarles

3