UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEX YOUNG : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:14-cv-1203 (BAH) |
| : | |
| RICHARD SARLES, GENERAL MANAGER : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY : | |
| : | |
| Defendant. : | |
| : | |

## STATUS REPORT

After conferring with counsel for Plaintiff, Defendant comes before this Court and provides this status of the litigation and possible modification of the stay granted by the Court by Minute Order on October 21, 2014.

Defendant will not be filing an opposition to Plaintiff's Motion for Summary Judgment. Defendant also does not intend to challenge the Court's ruling regarding the Injunction prohibiting enforcement of the WMATA Use Regulation at issue in this case, as it applies to Plaintiff Alex Young. The parties intend to discuss the issue of attorneys' fees and attempt to resolve that issue without further court involvement.

Pending the resolution of that matter, the parties request that the court maintain the injunction as to Alex Young and continue the matter for 45 days.

        Respectfully submitted,

/s/ Janice Cole
Janice Cole # 440351
Chief Counsel – MTPD
(202) 962-2543
jlcole@wmata.com

/s/Kathleen A. Carey
Kathleen A. Carey #357990
Chief Counsel-Torts
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
kcarey@wmata.com

Attorneys for Defendant Sarles

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Status Report was e-served this 23rd day of February, 2015 to

Jeffrey L. Light
1712 Eye Street, N.W.
Suite 915
Washington, D.C. 20006

        /s/ Kathleen A. Carey
        Kathleen A. Carey