| Date | Hours | Description |
|---|---|---|
| March 26 | 1.1 | Read email from McKusick (.1), initial client consultation (1.0) |
| March 27 | 1.4 | Research proper defendant and venue |
| April 14 | 1.5 | Received documents from McKusick (letters to/from WMATA); read cited cases |
| May 16 | 0.3 | Meeting with Day |
| May 18 | 0.1 | Email to Day |
| July 8 | 1.7 | Discussion with client and preparation of declaration for client to sign |
| July 9 | 0.3 | Further edits to Complaint |
| July 16 | 0.2 | Filing Complaint |
| July 17 | 0.4 | Filing PI (0.2) Making arrangements with process server (0.2) |
| July 18 | 0.1 | File proof of service |
| July 21 | 0.3 | Review D's proposed meet and confer (.1) ; sent email with edits (.1); file (.1) |
| July 22 | 0.1 | Read court order |
| July 28 | 1.0 | Review opp to PI |
| July 29 | 0.1 | Read notice of filing and attached affidavit |
| August 1 | 0.5 | Discussion with client and preparation of second declaration for client to sign |
| August 3 | 4.3 | Research/writing/editing for reply brief (4.2), email to client (0.1) |
| August 4 | 0.3 | Review changes to reply made by Day (0.2), file reply (0.1) |
| August 6 | 0.3 | Review Answer |
| August 8 | 0.1 | Email to client finished declaration |
| August 13 | 1.2 | Preparation for 8/14 hearing |
| August 14 | 0.5 | Attend hearing |
| August 14 | 0.5 | Communication with client re PI |
| August 22 | 0.5 | Sent 3 emails to Carey (.1 each), add P position to meet and confer (0.2) |
| August 26 | 0.3 | Review court order (0.1), phone call with Day (0.2) |
| October 3 | 0.1 | Motion for extension of time |
| October 7 | 7.4 | Research/writing/editing/filing MSJ |
| October 20 | 0.1 | Discussion re stay |
| February 23 | 0.1 | Discussion re stay |
| February 24 | 0.1 | Review order re MSJ |