**(Maryland Trade Center I)**
**7500 Greenway Center Dr.**
**Suite 110**
**Greenbelt, MD 20770-3511**

# Sean R. Day
**Attorney at Law**

**phone 301.220.2270**
**fax 301.220.2441**
**sean@dayincourt.net**
**Licensed in MD & DC**

## ITEMIZATION OF WORK
April 17, 2015

### Case
Young v. Sarles, 1:14-cv-1203 (BAH)

| Date | Description | |
|---|---|---|
| 05.16.14 | Discussed the case with J. Light. | 0.3 |
| 06.24.14 | Reviewed, edited complaint. | 0.5 |
| 06.25.14 (3.0)<br>07.02.14 (4.2)<br>07.07.14 (3.0)<br>07.08.14 (2.2) | Motion for Preliminary Injunction.<br>Drafted Motion for Preliminary Injunction,<br>declaration of plaintiff, and proposed order. | 12.4 |
| 07.02.14 | Tel/con with J. Light regarding Motion | 0.6 |
| 08.04.14 | Reviewed Reply; comments. | 0.8 |
| 08.26.14 | Tel/con J. Light. | 0.2 |
| 04.17.15 | Fee Affidavit and Invoice. | 1.0 |
| | | |
| | **Hours** | **15.8** |