# SUPPLEMENTAL HOURS FOR JEFFREY L. LIGHT

April 17      4.8     Motion for Attorney Fees